# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Quinalty, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FocusIT LLC,<br><br>　　　　　Defendant. | **NO. CV-23-00207-PHX-KML**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 26, 2024, judgment is entered in favor of defendants and against plaintiffs. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 26, 2024

　　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　　　By　　Deputy Clerk